UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARION SINCLAIR**, <br><br> Plaintiff, <br><br> vs. <br><br> **ANDY MEISNER**, et al., <br><br> Defendants. | **18-CV-14042-TGB-MJH** |

# JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to File Second Amended Class Action Complaint (ECF No. 51) is **DENIED**. The case is **DISMISSED WITH PREJUDICE**.

Dated at Detroit, Michigan:  February 28, 2022

KINIKIA ESSIX
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE