# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 27, 2022

Mr. Jason R. Abel
Honigman
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

          Re:  Case No. 22-1264, *Marion Sinclair v. Andrew Meisner, et al*
               Originating Case No. : 2:18-cv-14042

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                          Sincerely yours,

                                          s/Roy G. Ford
                                          Case Manager
                                          Direct Dial No. 513-564-7016

cc: Mr. David N. Asmar
    Mr. Jayson Edward Blake
    Mr. Brandon K. Buck
    Ms. Kinikia D. Essix
    Mr. Michael August Knoblock
    Mr. Mark McAlpine
    Mr. Matthew Nicols
    Mr. Mark William Oszust
    Mr. T. Joseph Seward
    Mr. Scott Fenton Smith

Enclosure

Case No. 22-1264

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

**ORDER**

MARION SINCLAIR

    Plaintiff - Appellant

v.

ANDREW E. MEISNER, in his official capacity as Oakland County Treasurer; OAKLAND COUNTY, MI, a municipal corporation; OAKLAND COUNTY TAX TRIBUNAL ; CITY OF SOUTHFIELD, MI, a municipal corporation; BOARD PRESIDENT KENSON SIVER; BOARD MEMBER FREDERICK ZORN; GERALD WITKOWSKI; SUSAN P. WARD-WITKOWSKI; IRV LOWENBERG; BOARD MEMBER MICHAEL MANDLEBAUM; DONALD FRACASSI; DANIEL BRIGHTWELL; MYRON FRASIER; LLOYD CREWS; NANCY L. BANKS; SOUTHFIELD NON-PROFIT HOUSING CORPORATION, a 501 (c) 3 corporation and its officers, employees, and agents both personally and in their official capacities; MITCHELL SIMON, Treasurer; RITA FULGIAM-HILLMAN; LORA BRANTLEY-GILBERT; EARLENE TRAYLER-NEAL; SOUTHFIELD NEIGHBORHOOD REVITALIZATION INITIATIVE, LLC, a Michigan based corporation and its officers, employees, and agents both personally and in their official capacities; E'TOILE LIBBETT; GTJ CONSULTING, LLC, Michigan based corporations and its officers; HABITAT FOR HUMANITY, a Michigan based corporation and its officers, employees, and agents in their official and personal capacities; JBR DISPOSAL, LLC, Michigan based corporations and its officers.

    Defendants - Appellees

Upon consideration of the JOINT stipulation of the parties to dismiss GTJ Consulting, LLC as a party to the appeal,

It is **ORDERED** that the stipulation be, and it hereby is **GRANTED**.

                                      **ENTERED PURSUANT TO RULE 45(a),**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Deborah S. Hunt, Clerk

Issued: May 27, 2022